UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LUIS ANTONIO FALCON TENELEMA,

        Petitioner,

v.

JOSEPH E. FREDEN, *et al.*,

        Respondents.

**ORDER TO SHOW CAUSE**

1:25-CV-0902-MAV

---

Petitioner Luis Antonio Falcon Tenelema ("Petitioner"), an Ecuadorian national, filed the instant verified petition for a writ of habeas corpus under 28 U.S.C. § 2241 on September 20, 2025 while a civil immigration detainee held at the Buffalo Federal Detention Facility. ECF No. 1. Accordingly, the Court has jurisdiction over this matter. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443–47 (2004). Among other requests for relief, Petitioner asks this Court to exercise its authority under 28 U.S.C. § 2243 to issue an Order to Show Cause why the petition should not be granted.

Under 28 U.S.C. § 2243, the Court must "forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. The statute further provides that the person to whom the order to show cause is directed shall make a return certifying the true cause of the detention within three days, unless good cause warrants additional time.

*Id.* Thereafter, "a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed." *Id.*

Therefore, it is hereby

ORDERED that by Tuesday, September 30, 2025, Respondents show cause why the instant petition for writ of habeas corpus [ECF No. 1] should not be granted; and it is further

ORDERED that Petitioner's reply, if any, shall be filed by Wednesday, October 1, 2025 by 5:00 PM ET; and it is further

ORDERED that the parties shall appear before this Court in person for a hearing on the petition in Courtroom 2 at the Federal Courthouse at 100 State Street in Rochester, New York on Thursday, October 2, 2025 at 10:00 AM ET. In that regard, the Court observes that 28 U.S.C. § 2243 provides that "[u]nless the application for the writ and the return present only issues of law, the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained," as "the person detained may, under oath, deny any of the facts set forth in the return or allege any other material facts." *Id.* Accordingly, to facilitate the expedited resolution of this matter, it is further

ORDERED that Respondents refrain from transferring Petitioner out of this District until the Order to Show Cause is resolved; and it is further

ORDERED that the Clerk of Court shall forthwith serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to

the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.

SO ORDERED.

Dated: September 25, 2025
Rochester, New York

_____
HON. _____. VACCA
United States District Judge